JOHN F. BURY, WSBA No. 4949  
TIMOTHY R. FISCHER, WSBA No. 40075  
Murphy, Bantz & Bury, P.S.  
818 W. Riverside Ave., Suite 631  
Spokane, WA 99201  
(509) 838-4458  
Attorneys for Debtor in Possession  

The Honorable Frank L. Kurtz

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF WASHINGTON

In re:

DAIICHI SOLAR WORLD, LLC,,

Debtor in possession.

No. 11-01020-FLK11

**NOTICE OF MOTION AND TIME TO OBECT**

TO: ALL INTERESTED PARTIES ON THE MASTER MAILING LIST

PLEASE TAKE NOTICE that the Debtor in possession, Daiichi Solar World, LLC, has filed the following Motions:

- Emergency Motion for Order Authorizing Use of Cash Collateral [Dkt. #8]
- Emergency Motion for Order Authorizing Debtor to Maintain Cash management System and Continue Use of Its Existing Business Forms [Dkt. #9]
- Emergency Motion for Order: 1) Deeming Utility Companies Adequately Assured of Future Performance, 20 Establishing Procedures for Additional Assurance, and 3) Restraining Utility Companies From Discontinuing, Altering or Refusing Service, and Memorandum of Authorities in Support [Dkt. #10]
- Emergency Motion for Order Authorizing Employee Compensation, Benefits, Reimbursements, Withholding Taxes, Accrued Vacation and Related employment Claims and Memorandum of Authorities in Support [Dkt. #11]

PLEASE TAKE FURTHER NOTICE that the Court may grant this Motion as to you unless you file a written objection with the United States Bankruptcy Court for the Eastern District of Washington, P.O. Box 2164, Spokane, Washington, 99201 and serve

NOTICE OF MOTION AND TIME TO OBJECT - 1

Murphy, Bantz & Bury, P.S.  
818 W. Riverside Ave., Suite 631  
Spokane, WA 99201  
(509) 838-4458

11-01020-FLK11   Doc 13   Filed 03/08/11   Entered 03/08/11 16:33:36   Pg 1 of 2

a copy upon the undersigned attorney on or before twenty-one plus three (24) days after the date of mailing this notice. A copy of your written objection should also be served upon the Office of the United States Trustee, 920 W. Riverside Avenue, Room 593, Spokane, Washington 99201. If you file a written objection, you will receive notice of date and time of hearing on your objection.

PLEASE TAKE FURTHER NOTICE that a hearing on the Debtor's Motions will take place on the 15th day of March, 2011, at 11:00 a.m., in the above entitled bankruptcy proceeding, before the Honorable Frank L. Kurtz.

The hearing will be conducted telephonically. You will be responsible to initiate your own connection by dialing (509) 353-3102 to the U.S Bankruptcy Court.

DATED this 8th day of March, 2011.

MURPHY, BANTZ & BURY, P.S.
/s/ Timothy R. Fischer

_____
TIMOTHY R. FISCHER, WSBA No. 40075
Attorneys for Debtor-in-Possession

DATE OF MAILING: March 8, 2011

NOTICE OF MOTION AND TIME TO OBJECT - 2

Murphy, Bantz & Bury, P.S.
818 W. Riverside Ave., Suite 631
Spokane, WA 99201
(509) 838-4458

11-01020-FLK11    Doc 13    Filed 03/08/11    Entered 03/08/11 16:33:36    Pg 2 of 2